People v Kimball (2025 NY Slip Op 07407)

People v Kimball

2025 NY Slip Op 07407

Decided on December 31, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LINDA CHRISTOPHER
BARRY E. WARHIT
ELENA GOLDBERG VELAZQUEZ, JJ.

2023-12439

[*1]The People of the State of New York, respondent,
vClaude Kimball, appellant. (S.C.I. No. 285/23)

Samuel Coe, White Plains, NY, for appellant.
David M. Hoovler, District Attorney, Goshen, NY (Christopher P. Borek of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Orange County (Hyun Chin Kim, J.), rendered December 11, 2023, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d at 255). The defendant's contention that the mandatory surcharges and fee imposed in connection with his conviction should be vacated is unpreserved for appellate review and, in any event, without merit (see CPL 420.35[2]; People v Jones, 26 NY3d 730; People v Wade, 138 AD3d 769, 769-770).
CONNOLLY, J.P., CHRISTOPHER, WARHIT and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court